DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ARTURO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-10-254 LKK |
| ) Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | |
| ARTURO SANCHEZ, ) | |
| ) Defendant. ) | |
| _____ ) | |

     This matter came on calendar for a status conference hearing on October 25, 2011, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Kyle Reardon appeared for the United States of America. Assistant Federal Defender Caro Marks appeared on behalf of Defendant Arturo Sanchez, who was present before the court.

     Defense counsel requested that this matter be set for further status conference on December 20, 2011. Counsel informed the court that the defense is conducting a forensic examination of the computer(s) in question, and a continuance is necessary because the law enforcement

agents in possession of the computer(s) are experiencing technical difficulties with the external hard drives, examination of which is vital to the completion of the analysis. Thus, defense counsel requested an exclusion of time under the Speedy Trial Act to allow the parties to complete their analysis of the computer forensics in the case.

**IT IS HEREBY ORDERED** that this matter be set for further status conference on December 20, 2011 at 9:15 am..

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv), and Local Code T4, the period from October 24, 2011, up to and including December 20, 2011, is excluded from the time computations required by the Speedy Trial Act due to counsel preparation. The court finds the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant in a speedy trial.

Dated: October 26, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT