1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ARTURO SANCHEZ
7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| UNITED STATES OF AMERICA, | ) | No. CR-S-10-254 LKK |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER FOR PROTECTIVE ORDER REGARDING DEFENSE FORENSIC COMPUTER EXAMINATION** |
| v. | ) | |
| ARTURO SANCHEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Kyle Reardon, Assistant United States Attorney, and Caro Marks, Assistant Federal Defender, attorney for Mr. Sanchez, that the Court should approve the following protective order governing forensic examination by the defense of computer data in this case.

In order to advise defendant adequately and to explore possible defenses, the defense wishes to perform a forensic evaluation by a knowledgeable expert of the computer hard drives that the government alleges contain images of child pornography. The parties have agreed

that the attached protective order should govern the defense examination of the computer media and request that the Court approve the proposed order.

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated: November 21, 2011       */s/ Caro Marks*
                                          CARO MARKS
                                          Assistant Federal Defender
                                          Attorney for ARTURO SANCHEZ

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated: November 21, 2011       */s/ Caro Marks for*
                                          KYLE REARDON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

## O R D E R

The attached protective order is hereby adopted.

IT IS SO ORDERED.

Dated: November 21, 2011

                                          /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ARTURO SANCHEZ
 7

 8
                   IN THE UNITED STATES DISTRICT COURT
 9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,      )   NO. CR S-10-254 LKK
12                                 )
                  Plaintiff,       )
13                                 )
       v.                          )   PROTECTIVE ORDER COVERING
14                                 )   SEIZED DIGITAL MEDIA
    ARTURO SANCHEZ,                )
15                                 )
                  Defendant.       )
16                                 )
    _____)
17

18

19                               **ORDER**

20       This order pertains to all digital media seized in the
21  investigation of the above case, in light of the allegation that some
22  of that media may contain sexually explicit images of minors in
23  violation of federal law.  The Court therefore orders as follows.
24       1.   Sacramento Valley High-Tech Crime Task Force shall make a
25  duplicate copy of any seized computer hard drive and any other storage
26  media available for defense analysis.
27       2.   The duplicate copies of the hard drive and storage media
28  shall be made available to defense counsel, Caro Marks, defense
```

paralegal Julie Denny, or to another member of the defense team from the Federal Defender's office, and to defendant's proposed expert, Marcus Lawson or to his colleague at the same employer, Global CompuSearch LLC, to review at the Sacramento High Tech Task Force offices in Sacramento, California, for the purpose of preparing for the defense of the above-entitled action. The images on the hard drive and storage media shall not be viewed by any other person.

    3. A private room will be provided for the defense examination. No Government agents will be inside the room during the examination.

    4. The expert will be permitted to bring whatever equipment, books, or records he believes may be necessary to conduct the examination.

    5. Neither the defense expert nor defense attorneys nor the defense paralegal shall remove the hard drive or other storage media from the confines of the law enforcement office.

    6. With the exception of materials which would be considered child pornography under federal law (including visual depictions and data capable of conversion into a visual depiction), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered. The expert will certify in writing (using the attached certification), that he has taken no materials which would be considered child pornography, or data capable of being converted into child pornography, and that he has not caused any child pornography to be sent from the law enforcement premises by any means including by any electronic transfer of files.

    7. Except when a defense expert fails to provide this certification, no Government agent, or any person connected with the Government, will examine or acquire in any fashion any of the items

used by the expert in order to conduct the defense analysis. Should a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography, Government agents may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

8. When the defense indicates that it is finished with its review of the copy of the hard drives, the drive(s) or other storage devices shall be "wiped" clean or otherwise disposed of using appropriate law enforcement protocols.

9. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED:

Dated: November 21, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-254 LKK |
| Plaintiff, | |
| v. | |
| ARTURO SANCHEZ, | |
| Defendant. | |

CERTIFICATION

I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Date: _____  _____