DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159247
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ARTURO JOSEPH SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-10-254-LKK |
| | ) | |
| Plaintiff, | ) | **AMENDED STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| ARTURO JOSEPH SANCHEZ, | ) | |
| | ) | Date: March 6, 2012 |
| Defendant. | ) | Time: 9:15 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ARTURO JOSEPH SANCHEZ, that the status conference scheduled for February 7, 2012 be vacated, and the matter be set for status conference on March 6, 2012 at 9:15 a.m.

The reason for this continuance is to allow the defendant to pursue a resolution under section 5K of the federal sentencing guideline. A previously scheduled debriefing had to be cancelled to accommodate the parties' schedules, and the earliest date upon which the agent and both counsel and defendant can debrief is mid-February. Therefore, the parties agree to continue the status conference until

after the debriefing. The parties anticipate a more meaningful court appearance (e.g., possible resolution of the case) will occur after the debriefing, and can discern no good reason to appear in court before the debriefing.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 6, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 6, 2012.                     Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Public Defender


                                             /s/ Caro Marks
                                             CARO MARKS
                                             Designated Counsel for Service
                                             Attorney for Arturo Joseph Sanchez

DATED: February 6, 2012.                     BENJAMIN WAGNER
                                             United States Attorney


                                             /s/ Caro Marks for
                                             KYLE REARDON
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff




                                    ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 7, 2012, status conference be continued to March 6, 2012, at 9:15 am. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds

that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 6, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 6, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT