DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159247
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ARTURO JOSEPH SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-10-254-LKK |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| ARTURO JOSEPH SANCHEZ, ) | |
| ) | Date: May 30, 2012 |
| Defendant. ) | Time: 9:15 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ARTURO JOSEPH SANCHEZ, that the status conference scheduled for April 17, 2012 be vacated, and the matter be set for status conference on May 30, 2012 at 9:15 a.m.

The reason for this continuance is to allow the defense additional time to amass the defendant's school, employment and mental health records, which are needed to prepare a defense, and also potentially for resolution of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including May 30, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: April 16, 2012. Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender


/s/ Caro Marks
CARO MARKS
Designated Counsel for Service
Attorney for Arturo Joseph Sanchez

DATED: April 16, 2012. BENJAMIN WAGNER
United States Attorney


/s/ Caro Marks for
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 17, 2012, status conference be continued to May 30, 2012, at 9:15 am. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the May 30, 2012 status

conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: April 16, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT