```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Senior Litigator
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6
    Attorney for Defendant
 7  ARTURO SANCHEZ

 8

 9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
    UNITED STATES OF AMERICA,     ) No. CR-S-10-254 LKK
14                                )
                    Plaintiff,    )
15                                ) EXPEDITED ORDER TO MODIFY
         v.                       ) CONDITIONS OF RELEASE
16                                )
    ARTURO SANCHEZ,               )
17                                ) Date:  April 27, 2012
                    Defendant.    ) Time:  2:00 pm
18                                ) Judge: Kendall J. Newman
    _____ )
19

20

21       The United States of America, by and through its counsel, Kyle F.

22  Reardon; the Defendant, by and through his counsel, Caro Marks, and

23  Pretrial Services for the Eastern District of California, by and

24  through Officer Taifa Gaskins, hereby stipulate and jointly request the

25  court to modify the Defendant's conditions of release as follows:

26       1. Charleen Taniguchi is immediately removed as the Defendant's

27  third-party custodian.

28       2. Charleen Taniguchi is immediately removed as surety for the
```

Defendant's unsecured bond.

3. Effective immediately and until further notice from the court and/or Pretrial Services, the Defendant shall reside at 4920 H Street, Sacramento, CA 95819.

Dated: April 23, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
CARO MARKS
Attorney for Defendant
ARTURO SANCHEZ

/s/ Kyle Reardon
KYLE F. REARDON
Assistant United States Attorney

IT IS SO ORDERED.

Dated: April 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Name of Pleading                -2-